# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | : | No. 14 MM 2020 |
| Respondent | : | |
| v. | : | |
| DALLAS RAY VAVRA, | : | |
| Petitioner | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 27th day of March, 2020, to the extent the "Petition for Habeas Corpus - Application for Leave of Court, to File Original Process" seeks leave to file original process, the petition is GRANTED. In all other respects, the "Petition for Habeas Corpus - Application for Leave of Court, to File Original Process" is DENIED.